UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEADOWGATE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIASCO ENTERPRISES, INC.,<br><br>Defendant. | Case No.: 17cv230-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 66) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, and the parties shall each bear their own costs and attorney's fees. All pending dates are **VACATED**. The Clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated: October 16, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge